UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MUHSSIN AHMED OMARI, et al.,<br><br>　　　　　Defendants. | No. 1:15-CV-01659-DAD-MJS<br><br>ORDER DISMISSING ACTION AND CLOSE CASE<br><br>(Doc. No. 8.) |

On January 5, 2016, plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 8.) Prior thereto no answer or motion for summary judgment or counterclaim had been filed in this action. Accordingly, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice. The Court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:　**January 5, 2016**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1